UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOBLE PACIFIC WORLDWIDE LTD.,

        Plaintiff,

    -against-

SUNRISE SHIPPING CO.,

        Defendant.
----------------------------------------X

1:08-cv-_____

RULE 7.1 STATEMENT

*Judge Hellerstein*

08 CIV 6300

    PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, NOBLE PACIFIC WORLDWIDE LTD. ("NOBLE"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of NOBLE.

Dated:    New York, NY

        July 11, 2008

                Respectfully submitted,

                MAHONEY & KEANE, LLP
                Attorneys for Plaintiff
                NOBLE PACIFIC WORLDWIDE LTD.

        By:   _____
                Jorge A. Rodriguez (JR 2162)
                11 Hanover Square, Tenth Floor
                New York, New York 10005
                Tel. (212) 385-1422
                Fax. (212) 385-1605
                File No. 12/3592/B/08/6