UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NOBLE PACIFIC WORLDWIDE LTD.,               :     08 CV 6300 (AKH)
                                            :
               Plaintiff,                   :
                                            :     **NOTICE OF**
       - against -                          :     **RESTRICTED APPEARANCE**
                                            :
SUNRISE SHIPPING CO.,                       :
                                            :
               Defendant.                   :
-------------------------------------------------------------X

Pursuant to Supplemental Rules E(4)(f) and E(8) for Admiralty or Maritime Claims and Asset Forfeiture Claims, intervening party SUNRISE SHIPPING LTD. appears specially herein solely for the purpose of seeking to vacate the attachment of $130,440.00 herein.

Dated: August 18, 2008
       New York, NY

                                   LENNON, MURPHY & LENNON, LLC
                                   SUNRISE SHIPPING LTD.

                          By:      _____
                                   Kevin J. Lennon
                                   The GrayBar Building
                                   420 Lexington Avenue, Suite 300
                                   New York, NY 10170
                                   (212) 490-6050 - phone
                                   (212) 490-6070 - facsimile
                                   kjl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 18, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon